# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                              Plaintiff,

v.

TODD A. DYER,

                              Defendant.

Case No. 15-CR-115-1-JPS

# ORDER

On October 12, 2016, the grand jury returned a 24-count superseding indictment against Defendant Todd A. Dyer, and his co-defendants, Nicholas C. Hindman, Sr. and Melvin E. Krumdick. (Docket #137). Defendant Dyer was charged in Counts 1–19 with wire fraud, in violation of 18 U.S.C. § 1343. Additionally, he was charged in Counts 20–22 with making unlawful financial transactions, in violation of 18 U.S.C. § 1957. Finally, Defendant Dyer was charged in Counts 23 and 24 with interstate transportation of monies obtained by fraud, in violation of 18 U.S.C. § 2314. On December 7, 2016, the parties filed a plea agreement indicating that Defendant Dyer agreed to plead guilty to Counts 2 and 21 of the superseding indictment. (Docket #198).

The parties appeared before Magistrate Judge David E. Jones on December 7, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. Defendant entered a plea of guilty as to Counts 2 and 21 of the superseding indictment. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #202 at 1–2).

Thereafter, on December 7, 2016, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) that a presentence investigation report be prepared; and (3) that Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' Report and Recommendation (Docket #202) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 12th day of December, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge