# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 25, 2019

**To:** Stephen C. Dries
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 19-2208
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> TODD A. DYER,
> Defendant - Appellant
>
> ---
>
> District Court No: 2:15-cr-00115-JPS-1
> District Judge J. P. Stadtmueller
> Clerk/Agency Rep Stephen C. Dries
> Date NOA filed in District Court: 06/24/2019

If you have any questions regarding this appeal, please call this office.